IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HIGH ENERGY OZONE LLC d/b/a FAR-UV STERILRAY and S. EDWARD NEISTER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LARSON ELECTRONICS LLC, et al.<br><br>　　　　Defendant. | Case Nos.: 3:21-cv-1166-M<br>　　　　　3:22-cv-425-M<br>　　　　　3:22-cv-280-M<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION FOR STAY

Before the Court is the Joint Motion for a Stay (ECF No. 76), submitted by Plaintiffs High Energy Ozone LLC d/b/a Far-UV Sterilray and Mr. S. Edward Neister (collectively, "Plaintiffs"), and the consolidated case defendants, Larson Electronics, LLC ("Larson"), Eden Park Illumination, Inc. ("Eden Park"), and Far UV Technologies ("Far UV") (collectively, "Defendants"). The Motion is **GRANTED**.

The Court **ORDERS** as follows:

The consolidated cases are stayed until the PTAB issues an institution decision for the IPRs that have been filed on the '605 and '642 patents.

Once the last institution decision issues, the parties have fourteen days to prepare and file a joint statement advising the Court whether the case should proceed, and if so, in what form, or remain stayed. If the parties are not in agreement that the stay should be lifted, the joint statement will contain competing proposals. If the parties agree that the stay should be lifted, they shall include in the joint statement a revised case schedule.

If the parties agree that the stay should be lifted, the stay will automatically lift fourteen days after the date of the parties' submission stating that agreement and the case will proceed in accordance with the revised schedule provided in the parties' submission until the Court enters a new schedule, which will then control. If the parties cannot agree on a revised schedule, the case will remain stayed until the Court enters its Scheduling Order.

**SO ORDERED** This 13th day of April 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE